**COMPLAINT FORM**

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 NOV 30  AM 10: 02

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

---

(Full name of plaintiff(s))

_Robert L. Patton_

vs

(Full name of defendant(s))

_Nice Pak Products Inc._

Case Number:

**1 : 17 -cv- 4 4 2 8 TWP -DML**

(to be supplied by clerk of court)

---

A.    PARTIES

1.    Plaintiff is a citizen of _Indiana_ and resides at
(State)

_5806 Big Oak Dr. Apt. A_ , _Indianapolis, In 46254_
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _Nice Pak Products Inc._
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of <u>New York</u>

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Nice Pak Products Inc., Two Nice Pak-Park, Orangeburg, Ny 10962</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The Plantiff, Robert L. Patton worked for Nice Pak Products Inc, a cleaning wipes manfacturer, at its 381 warehouse located in Plainfield, In from 2005 through 2015. On April 15, 2015 the defendant violated and denied Patton's medical restrictions that are a result of Diabetes and extreme high Blood pressure. As a result the plantiff's condition became worse during certain work tasks forcing Patton to exhaust fmla benefits and loss of wages due to absentism. occured.

The Plantiff believes that the defendant, Nice Pak Products Inc. committed these violations due to hostility against his ~~as a FMLA~~ status as a FMLA beneficiary and previous legal complaint ~~against~~ filed agahst the Defendant.

C.    JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The Plantiff, Robert L. Patton wants the maximum amount of financial compensation that either federal or state courts can offer. If possible any punitive damages for the emotional and physical stress that further complicated Patton's health condition.

Complaint – 4

E.   JURY DEMAND

   ☑   Jury Demand - I want a jury to hear my case

                      OR

   ☐   Court Trial – I want a judge to hear my case

Dated this _30_ day of _November_ 20_17_.

             Respectfully Submitted,

_Richye L. Patton_
Signature of Plaintiff

_312 - 328 - 5961_
Plaintiff's Telephone Number

_cpmmovement@yahoo.com_
Plaintiff's Email Address

_5806 Big Oak Dr. Apt. A_
_Indianapolis, IN 46254_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.